UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY CARLTON**                                                                                                    **PLAINTIFF**

VS.                                        CASE NO. 4:11CV00081 JMM

**ARKANSAS STATE HIGHWAY AND TRANSPORTATION**                              **DEFENDANT**

ORDER

By a February 8, 2011 Order of the Court, plaintiff was denied *in forma pauperis* status and directed to pay the required filing fee of $350.00 on, or before, March 7, 2011.  Plaintiff was advised that if he failed to pay the filing fee, his complaint would be dismissed without prejudice.

As of this date, plaintiff has failed to pay his filing fee.  Therefore, his complaint is dismissed  without prejudice.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this  9   day of March, 2011.


                                                                                        _____
                                                                                        James M. Moody
                                                                                        United States District Judge