IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY CARLTON**                                                                                     **PLAINTIFF**

V.                          **CASE NO.  4:11CV00081 JMM**

**ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**                                 **DEFENDANT**

**ORDER**

For good cause shown and pursuant to Federal Rule of Civil Procedure 4(m), Defendant's Motion to Dismiss Complaint is denied (#16) and Plaintiff is given up to, and including, October 8, 2011, to complete service upon the Defendant.

IT IS SO ORDERED THIS   7   day of   September , 2011.


_____
James M. Moody
United States District Judge