17IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY CARLTON**                                                                               **PLAINTIFFS**

**VS.**                        **CASE NO. 4:11CV00081 JMM**

**ARKANSAS HIGHWAY DEPARTMENT**                                    **DEFENDANT**

**ORDER**

Plaintiff's Motion to Dismiss is granted (#34).  The complaint is dismissed without prejudice with all parties to bear their own costs and fees.

IT IS SO ORDERED THIS   17   day of   January , 2012.


_____
James M. Moody
United States District Judge